UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD G. HARPER and** | * | CIVIL ACTION NO. |
| **PAULA HARPER** | * | |
| | * | JUDGE: |
| **VERSUS** | * | |
| | * | |
| **GEICO INDEMNITY COMPANY,** | * | |
| **ZACHARY L. KAMPF** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

To:  Plaintiffs, Richard and Paula Harper  
Through its Attorney of record:  
Bobby J. Triche  
Damon J. Baldone & Associates, APLC  
162 New Orleans Blvd.  
Houma, LA 70364  

GEICO Indemnity Company  
Through its Attorney of record:  
Donald John Latuso, Jr.  
Law Office of Roberto R. Arostegui  
3510 N. Causeway Blvd., Ste 608  
Metairie, LA 70002  

The Honorable Judges of the  
United States District Court  
Eastern District of Louisiana  

## NOTICE OF REMOVAL

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Great Northern Insurance Company, Defendant in the proceeding entitled "*Richard G. Harper and Paula Harper v. GEICO Indemnity Company, et al,*" Suit Number 192742, pending in the 32nd Judicial District Court, State of Louisiana, Parish of Terrebonne, hereby removes this proceeding to the United States District Court, Eastern District of Louisiana.

A copy of this Notice of Removal is being served upon Bobby Triche, 162 New Orleans Avenue, Houma, Louisiana, 70360, as attorney of record for plaintiffs; Donald Latuso, Jr., as attorney of record for Zachary Kampf and Geico Indemnity Company; and a copy of said Notice of Removal is being filed with the Clerk of Court for the 32nd Judicial District Court, Parish of

Terrebonne in conformity with 28 U.S.C. §1446(d). Defendant, Great Northern Insurance Company, files this Notice of Removal without waiving any defenses, exceptions, or obligations that may exist in their favor in state or federal court.

1.

On January 18, 2022, Plaintiffs, Richard and Paula Harper ("Plaintiffs") filed a Petition for Damages entitled *"Richard G. Harper and Paula Harper v. GEICO indemnity Company, et al"* in the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana, which Court is within the jurisdictional boundaries of the Eastern District of Louisiana, for personal injuries allegedly sustained as a result of a car accident between plaintiff, Richard Harper, and defendant, Zachary Kampf, occurring on or about September 21, 2021.

2.

The Petition for Damages was filed against Zachary L. Kampf and Geico Indemnity Company. To date, only Zachary L. Kampf and Geico Indemnity Company have made appearances in the lawsuit. Both Zachary L. Kampf and Geico Indemnity Company consent to this Removal as required by 28 U.S.C. §1446(b)(2)(A). *See*, **Exhibit "A".**

3.

Plaintiffs then filed a First Supplemental and Amending Petition for Damages on May 10, 2022 naming Vanguard Inspection Services and ABC Insurance Company and requested service on Vanguard Inspection Services via the Louisiana Long-Arm Statute. Vanguard Inspection Services was served with the Petition for Damages, as amended by the First Supplemental and Amending Petition for Damages and Second Supplemental and Amending Petition for Damages, on October 3, 2022. No appearance has been made on behalf of Vanguard Inspection Services. Undersigned counsel will represent Vanguard Inspection Services, which, without waiving any defenses, exceptions, or obligations, joins in and consents to the Notice of Removal.

4.

On September 1, 2022, Plaintiffs filed a Second Supplemental and Amending Petition for Damages naming for the first time, defendant, Great Northern Insurance Company. The Second Supplemental and Amending Petition for Damages was served on Great Northern Insurance Company on October 7, 2022. *See*, **Exhibit "B".** This Notice of Removal is filed within thirty (30) days of service of Plaintiffs' Second Supplemental and Amending Petition for Damages on defendant, Great Northern Insurance Company, and removal is therefore timely. *See*, 28 U.S.C. §1446(b).

5.

According to the allegations of the Petition, Plaintiffs seek recovery of damages that allegedly arise from bodily injury sustained by Richard G. Harper on September 21, 2021, the circumstances of which are more fully set forth in the Petition, as amended by the First and Second Supplemental and Amending Petitions.

**DIVERSITY OF CITIZENSHIP**

6.

Per the allegations at the time of filing of the Petition for Damages, Plaintiffs, Richard and Paula Harper, allege that they are persons of the full age of majority and are domiciled in the parish of Terrebonne, Louisiana, and are, therefore, citizens of Louisiana for diversity purposes.

7.

At the time of the filing of the Petition for Damages, defendant, Vanguard Inspection Services, is a joint venture comprised of Atkins North America, Inc., and Tidal Basin Government Consulting, LLC. Atkins North America, Inc., is incorporated in the State of Florida

3

and maintains its principal place of business at 4030 West Boy Scout Blvd, Suite 700, Tampa, Florida 33607. Tidal Basin Government Consulting, LLC is a wholly owned subsidiary of Tidal Basin Holdings, LLC. The sole corporate member of Tidal Basin Holdings, LLC is Rising Phoenix Holdings Corporation. Rising Phoenix Holdings Corporation is incorporated in the State of Delaware and its principal of place business is 126 Business Park Drive, Utica, New York, 13502.  For purposes of diversity jurisdiction, Vanguard Inspection Services is a citizen of Florida, Delaware, and New York.

8.

At the time of filing of the Petition for Damages, Defendant, Great Northern Insurance Company, is incorporated in the State of Indiana and maintains its principal place of business at One American Square, 202 North Illinois Street, Suite 2600, Indianapolis, IN 4682. For purposes of diversity jurisdiction, Great Northern Insurance Company is a citizen of Indiana.

9.

At the time of filing of the Petition for Damages, Defendant, Zachary Kampf, is a resident of Los Angeles, California and a domiciliary of the state of California. For purposes of diversity jurisdiction, Zachary Kampf is a citizen of the State of California.

10.

At the time of filing of the Petition for Damages, Defendant, Geico Indemnity Company, is a company with its principal place of business located at 5620 Western Avenue, Chevy Chase, Maryland 20185-3799 and its place of incorporation in the State of Maryland. Therefore, for purposes of diversity jurisdiction, Geico Indemnity Company is a citizen of the State of Maryland.

11.

Accordingly, there is complete diversity of citizenship between Plaintiffs and all properly named Defendants. As of the date of the filing of this Notice of Removal, Plaintiffs have not named any other defendants.

AMOUNT IN CONTROVERSY

12.

Defendant, Great Northern Insurance Company, was served with Plaintiffs' Second Supplemental and Amending Petition for Damages, First Supplemental and Amending Petition for Damages, and Petition for Damages on October 13, 2022 in which plaintiffs allegedly purport to sustain damages in excess of $50,000.00 and other special and general damages, including but not limited to:

1. Past, present and future medical expenses;
2. Past, present and future physical pain and suffering;
3. Past, present and future mental pain and anguish;
4. Loss of enjoyment and quality of life including any and all disability;
5. Lost of income, and loss of earning capacity.

13.

On October 14, 2022 undersigned counsel requested that plaintiffs' stipulate to damages below the $75,000.00 threshold, exclusive of interests and costs, given that it was not apparent on the face of the Petition for Damages, as amended by the First Supplemental and Amending Petition for Damages and Second Supplemental and Amending Petition for Damages, whether damages exceeded $75,000.00, exclusive of interests and costs. On October 17, 2022, Plaintiffs' counsel informed undersigned counsel that damages exceeded $75,000.00. ***See*, Exhibit "C.**

14.

28 U.S.C. §1446 provides that, "if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or *other paper* from which it may first be ascertained that the case is one which is or has become removable." Based upon plaintiffs' allegations and the representations of plaintiffs' counsel, the above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, in that the representations of plaintiff's counsel indicate that the amount in controversy allegedly exceeds the sum of $75,000, exclusive of interest and costs, and the controversy is wholly between citizens of different states as set forth in Paragraphs 6 through 11, above.

15.

Pursuant to the provisions of 28 U.S.C. §1441, et seq., this case may be removed to the United States District Court for the Eastern District of Louisiana.

16.

Pursuant to 28 U.S.C. § 1446(a), Defendant, Great Northern Insurance Company, files herewith a copy of all processes, pleadings and orders served upon it to date. ***See*, Exhibit "B".**

WHEREFORE, Defendant, Great Northern Insurance Company, prays that this, its Notice of Removal, be accepted as good and sufficient and that the aforesaid Petition for Damages be removed from State Court into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring

before it copies of all records and proceedings in said civil action from said State Court, and thereupon proceed with this civil action as if it had been commenced originally in this Court.

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON LLP

 /s/ *Meredith R. Durham*
R. HEATH SAVANT (Bar No. 29670)
MEREDITH R. DURHAM (#33112)
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Telephone: (504)582-1142
Facsimile: (504) 582-1172
Email: hsavant@pmpllp.com
Email: mdurham@pmpllp.com

*Attorneys for Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that this 1st day of November, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record . I further certify that I have also served all counsel of record with a copy of the foregoing either by e-mail, facsimile and/or placing same in the United States mail, properly addressed and postage prepaid.

 */s/ Meredith R. Durham*